Charles C. Spotswood, appellant, v. William F. Jackson, appellee. Gen. No. 26,744.

Action to recover a commission for the sale of real estate. Judgment for defendant on motion reversed for new trial. Judgment for defendant on second trial. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Barnes, J., took no part in the decision of this case. Opinion filed March 21, 1922.

Cavender & Kaiser and A. D. Ranstead, for appellant. Ivor Jeffreys, for appellee; David H. Jackson, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

Abe Allen, appellee, v. Home Insurance Company of New York, appellant. Gen. No. 26,753.

Action on an insurance policy to recover for damage to plaintiff's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Otto M. Hamer, for appellant; Robert Branand, Jr., of counsel. Edward L. England, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Ashley D. Fitts, appellee, v. Felix Martin and Frank J. Buckley, trading as None Such Cartage Company, appellants. Gen. No. 26,769.

Action to recover for personal injuries sustained by plaintiff when struck by defendants' motor truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Barnes, J., took no part in the decision of this case. Opinion filed March 21, 1922.

Otto M. Hamer, for appellants; Robert Branand, Jr., of counsel. West & Eckhart, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Martha Markos, appellee, v. Pioneer State Savings Bank, appellant. Gen. No. 26,775.

Action to recover for money taken from a safety deposit box rented from defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Castle, Williams, Long & Castle, for appellant; Howard P. Castle, of counsel. Jay Clifford McCally, for appellee.

Mr. Justice Morrill delivered the opinion of the court.